```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN J. RODRIGUEZ, :
:
:
 -v- : 05-cv-8283 (LJL)
:
UNITED STATES OF AMERICA, : ORDER
:
-------------------------------------------------------------------- :
X

LEWIS J. LIMAN, United States District Judge:

    Petitioner Juan Rodriguez's extension request, Dkt. No. 9, is granted, and Petitioner's reply to Respondent's motion is now due on March 29, 2024. The Clerk of Court is respectfully directed to mail a copy of this Order to Rodriguez at both the following mailing address and email address:

Mailing Address

    Juan Javier Rodriguez
    13105 White Stone Drive Apt D
    Tampa, FL 33617-2905

Email Address:
    jjavierrod18@gmail.com

    SO ORDERED.

Dated: March 1, 2024
       New York, New York                                                                  LEWIS J. LIMAN
                                                                                         United States District Judge