

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 2, 2025

**By ECF**

Extension granted to January 6, 2025.

January 3, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *Juan J. Rodriguez v. United States*, 05 Civ. 8283 (LJL)
      *United States v. Juan J. Rodriguez*, 97 Crim. 1053-23 (LJL)

Dear Judge Liman:

      The Government respectfully writes to request a three-day extension of time to file its opposition to Petitioner Juan Javier Rodriguez's *pro se* petition for a writ of error *coram nobis* (the "Petition"). On October 29, 2024, the Court ordered the Government to file its opposition to the Petition by November 28, 2024, with Petitioner to file a reply, if any, by January 3, 2025. On November 21, 2024, the Government requested an extension until January 3, 2025, and a corresponding extension of Petitioner's deadline to file a reply, which the Court granted. The Government now respectfully requests a three-day extension until January 6, 2025 to file its opposition to the Petition.

      Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023